UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
IN RE:                                                                    Chapter 13
                                                                          Case No. 13-13159 ALG
**STEPHEN R. LANGENTHAL AND**
**ALBA B. LANGENTHAL,**


                          Debtors
-----------------------------------x

### ORDER DISMISSING CHAPTER 13 CASE

The Court finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(1) in that the debtors have caused unreasonable delay that is prejudicial to creditors by:

    a.    infeasibility

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §1307(c)(1) this Chapter 13 case is hereby dismissed on consent

/s/ Allan L. Gropper
_____
Allan L. Gropper
United States Bankruptcy Judge

Dated: June 9, 2014
    New York, New York